# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Elizabeth M. Warren  
Clerk of Court

Benjamin C. Wynn  
Orlando Division Manager

**DATE:** May 4, 2022

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**In Re: In Re: Ivan Uribe**

**IVAN URIBE,**

    **Appellant,**

**v.**           Case No: 6:21-cv-1976-PGB

**LAURIE WEATHERFORD,**

    **Appellee.**

**U.S.C.A. Case No.:** \*\*\*USCA Case Number TE\*\*\*

- Honorable Paul G. Byron, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.

ELIZABETH M. WARREN, CLERK

By: s/RO, Deputy Clerk