# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

## Case No. 6:21-cv-1976-PGB

In re: IVAN URIBE,   *Bankruptcy Court Case* No. 6:18-BK-05208-LVV

___Debtor_____/
IVAN URIBE,
 Appellant
Vs.

LAURIE K. WEATHERFORD, Chapter 13 Trustee,
___Appellees_____/

## APPELLANT'S IVAN URIBE'S NOTICE OF APPEAL

APPELLANT, IVAN URIBE, ("IVAN URIBE") files Notice of Appeal of the following two orders of this court to the Eleventh Circuit Court of Appeals:

1. Order [D.E 14] AND [D.E. 17]
2. Orders of the Bankruptcy court

| Order: [D.E. 147,163 AND 168],6:18-bk-05288-LVV | Date Rendered: |
|---|---|
| D.E. 147 - ORDER DISMISSING CASE | 8-31-2021 |
| D.E. 163 - *ORDER DENYING MOTION FOR RECONSIDERATION* | 10-20-2021 |
| D.E. 168- *ORDER DENYING MOTION FOR REDCOSIDERATION* | 10-26-2021 |

Appellant Respectfully submitted,

_[signature]_

IVAN URIBE, Appellant, Pro se;
address: 2423 S. Orange Ave., unit 182, Orlando, FL 32806

CERTIFICATE of SERVICE LIST:

The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to the parties on the service list on this date April 29, 2022.

Respectfully submitted,

_____
IVAN URIBE, Appellant, Pro se;
address: 2423 S. Orange Ave., unit 181, Orlando, FL 32906

**SERVICE LIST:**

Laurie K. Weatherford Chapter 13 Trustee;
PO Box 3450 Winter Park, FL 32790 ecfdailysummary@c13orl.com

United States Trustee - ORL7/13, 7;
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
407-648-6301
USTP.Region21.OR.ECF@usdoj.gov