# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In Re: In Re: Ivan Uribe**

**IVAN URIBE,**

        **Appellant,**

**v.**                                            **Case No: 6:21-cv-1976-PGB**

**LAURIE WEATHERFORD,**

        **Appellee.**

                                   /

## ORDER

The Appellant's Initial Brief was due February 7, 2022. (Doc. 7). On February 8, 2022, Appellant filed the first Motion for Leave to Supplement the Record on Appeal and request for an extension of time to file his Initial Brief. (Doc. 10 (the "**Motion**")). The Court denied the Motion without prejudice, permitted Appellant to renew his requests on or before February 14, 2022, and advised Appellant that failure to resubmit the Motion in accordance with the Court's instructions would result in dismissal of the appeal without further notice. (Doc. 12, p. 4).

Appellant now files the instant Motion for Leave to Supplement the Record on Appeal (Doc. 13 (the "**Renewed Motion**")), which ignores the Court's directive to address questions concerning Appellant's diligence. In fact, the Renewed Motion merely repeats the three-sentence argument presented in the original

Motion, which the Court already rejected as deficient. (Docs. 10, 13).[1] Resubmission of the same defective pleading does not justify a further extension of the deadline for the filing of the Initial Brief. Moreover, Appellant's blatant disregard of the Court's Order is equivalent to the failure to timely amend his request for relief at all. Therefore, the Court finds that dismissal of the appeal without further notice is appropriate.

Accordingly, the Renewed Motion (Doc. 13) is **DENIED**. The instant appeal is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 16, 2022.

*Paul G. Byron*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] In both the Motion and the Renewed Motion, the entirety of Appellant's argument is as follows: "Appellant IVAN URIBE is diligently working on preparing for the filing of the initial brief. No party will be prejudiced by the granting of this motion. Appellant will be unduly prejudiced if required to prepare and file an initial brief without the benefit of the hearing transcript. Supplementing the record on appeal will work to effect the efficient administration of justice." (Doc. 10, p. 2; Doc. 13, p. 2).