APPEAL, BANKRUPTCY, CLOSED

**U.S. District Court**
**Middle District of Florida (Orlando)**
**CIVIL DOCKET FOR CASE #: 6:21-cv-01976-PGB**

Uribe v. Weatherford
Assigned to: Judge Paul G. Byron
Case in other court: Bankruptcy Court, 6:18-bk-05208-LVV
Cause: 28:0158 Bankruptcy Appeal from Judgment/Order

Date Filed: 11/23/2021
Date Terminated: 02/16/2022
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**
Ivan Uribe
*debtor*

**Appellant**
Ivan Uribe

represented by Ivan Uribe
181
2423 S. Orange Ave.
Orlando, FL 32807
PRO SE

**V.**

**Appellee**
Laurie Weatherford
Post Office Box 3450
Winter Park, FL 32790
407/629-2766
*Chapter 13 Trustee*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2021 | 1 | BANKRUPTCY notice of appeal by Ivan Uribe. Bankruptcy Court case number 6:18-bk-05208-LVV. Filed in Bankruptcy Court on 11/9/2021. (Attachments: # 1 Transmittal Letter from U.S. Bankruptcy Court, # 2 - Notice of Appeal)(BD) (Entered: 11/23/2021) |
| 11/29/2021 | 2 | INITIAL ORDER re: Case Management and Deadlines. Signed by Judge Paul G. Byron on 11/29/2021. (GNB) ctp (Entered: 11/29/2021) |
| 12/06/2021 | 3 | MOTION for Extension of Time to File Initial Brief by Ivan Uribe. (RDO) (Entered: 12/06/2021) |
| 12/06/2021 | 4 | CERTIFICATE of interested persons and corporate disclosure statement re 2 Order by Ivan Uribe. (RDO) (Entered: 12/06/2021) |
| 12/08/2021 | 5 | BANKRUPTCY RECORD on appeal consisting of items as designated on transmittal Related document: 1 Bankruptcy Notice of Appeal filed by Ivan Uribe. (Attachments: # 1 2_Notice_of_Appeal, # 2 3_Amended_Notice_of_Appeal, # 3 4_Desgnation, # 4 5_Statement_of_Issues, # 5 5a_Docket_Sheet, # 6 6-18-bk-05208_Docket_000001_Voluntary_Petition_under_Chapter_7, # 7 6-18-bk-05208_Docket_000002_Statement_of_Debtors_Social_Security_Numbers_Filed_by_Richard_Martin_Nazareth_II, # 8 6-18-bk-05208_Docket_000003_Certificate_of_Credit_Counseling_Date_Course_was_Completed_08272018_Filed_b, # 9 6-18-bk-05208_Docket_000004_Notice_of_Commencement_of_Case_Section_341_Meeting_of_Creditors_and_Fixing_Dea, # 10 6-18-bk-05208_Docket_000005_Notice_of_Deficient_Filing_Summary_of_Assets_Schedules_A-J_Declaration_About, # 11 6-18-bk-05208_Docket_000006_BNC_Certificate_of_Mailing_-_Notice_of_Meeting_of_Creditors, # 12 6-18-bk-05208_Docket_000007_BNC_Certificate_of_Mailing_-_Notice_to_Creditors_and_Parties_in_Interest, # 13 6-18-bk-05208_Docket_000008_Request_for_Notice_Filed_by_Christopher_P_Salamone_on_behalf_of_Creditor_Wells_F, # 14 6-18-bk-05208_Docket_000009_Motion_for_Relief_from_Stay, # 15 6-18-bk-05208_Docket_000010_Order_Dismissing_Case_for_failure_to_file_information, # 16 6-18-bk-05208_Docket_000011_BNC_Certificate_of_Mailing_-_OrderNotice_Dismissing_Case, # 17 6-18-bk-05208_Docket_000012_Schedules_A_-_J_and_Summary_of_Assets_Filing_Fee_Not_Paid_or_Not_Required_Cha, # 18 6-18-bk-05208_Docket_000013_Motion_to_Reinstate_Case_Filed_by_Richard_Martin_Nazareth_II_on_behalf_of_Debtor, # 19 6-18-bk-05208_Docket_000014_Notice_of_Voluntary_Conversion_Case_Under_CH7_to_Case_under_CH13_Filing_Fee_Not, # 20 6-18-bk-05208_Docket_000015_Response_in_Objection_Motion_for_Relief_from_Automatic_Stay_Filed_by_Richard_Mar, # 21 6-18-bk-05208_Docket_000016_Order_Granting_Motion_To_Reinstate_Case, # 22 6-18-bk-05208_Docket_000017_Order_and_Notice_Converting_Case_to_Chapter_13_Trustee_Arvind_Mahendru_removed, # 23 6-18-bk-05208_Docket_000018_Fifth_Amended_Administrative_Order_FLMB-2018-2_Prescribing_Procedures_for_Chapte, # 24 6-18-bk-05208_Docket_000019_Notice_and_Order_Scheduling_Preliminary_Hearing_on_Motion_for_Relief_from_the_St, # 25 6-18-bk-05208_Docket_000020_Certificate_of_Service_Re_Notice_and_Order_Scheduling_Preliminary_Hearing_on_Mo, # 26 6-18-bk-05208_Docket_000021_BNC_Certificate_of_Mailing_-_Order, # 27 6-18-bk-05208_Docket_000022_BNC_Certificate_of_Mailing_-_Order, # 28 6-18-bk-05208_Docket_000023_Order_Dismissing_Case, # 29 6-18-bk-05208_Docket_000024_Chapter_13_Plan_Filed_by_Richard_Martin_Nazareth_II_on_behalf_of_Debtor_Ivan_Uri, # 30 6-18-bk-05208_Docket_000025_Motion_to_Reinstate_Case_Ch13_plan_filed_Filed_by_Richard_Martin_Nazareth_II_on, # 31 6-18-bk-05208_Docket_000026_Certificate_of_Service_Re_Chapter_13_Plan_Filed_by_Richard_Martin_Nazareth_II_o, # 32 6-18-bk-05208_Docket_000027_BNC_Certificate_of_Mailing_-_OrderNotice_Dismissing_Case, # 33 6-18-bk-05208_Docket_000029_Order_Granting_Motion_To_Reinstate_Case, # 34 6-18-bk-05208_Docket_000030_Supplement_to_Motion_for_Relief_from_Stay, # 35 6-18-bk-05208_Docket_000031_BNC_Certificate_of_Mailing_-_Order, # 36 6-18-bk- |

05208_Docket_000032_Motion_for_Leave_to_Withdraw_as_Counsel_With_Debtors_Written_Consent_and_Reques, # 37 6-18-bk-05208_Docket_000033_Hearing_Proceeding_Memo_Hearing_Held_-_APPEARANCES_Ana_De_Villiers_Trustee_I, # 38 6-18-bk-05208_Docket_000034_Order_Scheduling_Trial_on_Motion_by_Wells_Fargo_for_Relief_from_Stay, # 39 6-18-bk-05208_Docket_000035_Notice_of_Requirement_to_File_a_Statement_of_Completion_of_Course_in_Personal_Fi, # 40 6-18-bk-05208_Docket_000036_BNC_Certificate_of_Mailing_-_Order, # 41 6-18-bk-05208_Docket_000037_BNC_Certificate_of_Mailing, # 42 6-18-bk-05208_Docket_000038_Emergency_Motion_for_Reconsideration_of_Order_Setting_Trial_and_Motion_for_Conti, # 43 6-18-bk-05208_Docket_000039_Notice_of_Status_Conference_on_Emergency_Motion_for_Reconsideration_of_Order_Set, # 44 6-18-bk-05208_Docket_000040_Witness_List_and_Exhibit_List_Filed_by_April_G_Harriott_on_behalf_of_Creditor_WE, # 45 6-18-bk-05208_Docket_000041_BNC_Certificate_of_Mailing_-_Notice_of_Hearing, # 46 6-18-bk-05208_Docket_000042_Notice_of_Appearance_and_Request_for_Notice_on_Behalf_of_the_Debtor_Filed_by_Raf, # 47 6-18-bk-05208_Docket_000043_Notice_of_Hearing_on_Motion_for_Leave_to_Withdraw_as_Counsel_With_Debtors_Writt, # 48 6-18-bk-05208_Docket_000044_Notice_of_Substitution_of_Counsel_Rafael_F_Garcia_Substituted_for_Richard_M_N, # 49 6-18-bk-05208_Docket_000045_Hearing_Proceeding_Memo_Hearing_Held_-_APPEARANCES_Richard_Nazareth_Debtor_At, # 50 6-18-bk-05208_Docket_000046_Amended_Order_Scheduling_Trial_on_Motion_by_Wells_Fargo_for_Relief_from_Stay, # 51 6-18-bk-05208_Docket_000047_BNC_Certificate_of_Mailing_-_Order, # 52 6-18-bk-05208_Docket_000048_Motion_to_Dismiss_Case_for_Failure_to_Maintain_Timely_Plan_Payments_Debtor_has, # 53 6-18-bk-05208_Docket_000049_Withdrawal_of_Motion_to_Dismiss_for_Failure_to_Maintain_Timely_Plan_Payments_Fi, # 54 6-18-bk-05208_Docket_000050_ParT_1_DOCUMENT_NOT_PROCESSED, # 55 6-18-bk-05208_Docket_000050_ParT_2_Judgment, # 56 6-18-bk-05208_Docket_000050_ParT_3_Exhibit_Lease_Agreement, # 57 6-18-bk-05208_Docket_000050_ParT_4_Exhibit_Market_Analysis_Part_1, # 58 6-18-bk-05208_Docket_000050_ParT_5_Exhibit_Market_Analysis_Part_2, # 59 6-18-bk-05208_Docket_000051_ParT_1_Motion_to_Determine_Secured_StatusValue_of_Associate_Wholesale_co_Nationstar_a, # 60 6-18-bk-05208_Docket_000051_ParT_2_Judgment, # 61 6-18-bk-05208_Docket_000051_ParT_3_Exhibit_Lease_Agreement, # 62 6-18-bk-05208_Docket_000051_ParT_4_Exhibit_Market_Analysis_part_1, # 63 6-18-bk-05208_Docket_000051_ParT_5_Exhibit_Market_Analysis_Part_2, # 64 6-18-bk-05208_Docket_000052_Amended_Objection_to_Motion_for_Relief_from_Automatic_Stay_Filed_by_Rafael_F_Gar, # 65 6-18-bk-05208_Docket_000053_Amended_Chapter_13_Plan_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Ivan_Uribe, # 66 6-18-bk-05208_Docket_000054_Witness_List_and_Exhibit_List_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Ivan, # 67 6-18-bk-05208_Docket_000055_Objection_To_Creditors_Exhibit_List_Filed_by_Rafael_F_Garcia_on_behalf_of_Debto, # 68 6-18-bk-05208_Docket_000056_Hearing_Proceeding_Memo_Hearing_Held_-_APPEARANCES_April_Harriott_Wells_Fargo, # 69 6-18-bk-05208_Docket_000057_Order_Scheduling_Trial__re_Motion_to_Determine_Secured_StatusValue_of_Associa, # 70 6-18-bk-05208_Docket_000058_Notice_of_Confirmation_Hearing_Filed_by_Trustee_Laurie_K_Weatherford_Confirmati, # 71 6-18-bk-05208_Docket_000059_Hearing_Proceeding_Memo_Hearing_Held_-_APPEARANCES_AMENDED_TO_CORRECT_HEAR, # 72 6-18-bk-05208_Docket_000060_ParT_1_Motion_to_Determine_Secured_StatusValue_of_Wells_Fargo_and_to_Strip_Lien__Tota, # 73 6-18-bk-05208_Docket_000060_ParT_2_Judgment, # 74 6-18-bk-05208_Docket_000060_ParT_3_Lease_Agreement, # 75 6-18-bk-05208_Docket_000060_ParT_4_Market_Analysis_part_1, # 76 6-18-bk-05208_Docket_000060_ParT_5_Market_Analysis_Part_2, # 77 6-18-bk-05208_Docket_000061_BNC_Certificate_of_Mailing_-_Order, # 78 6-18-bk-05208_Docket_000062_Order_Abating_Verified_Motion_to_Determine_Secured_Status_Strip_Lien_re_Wells_F, # 79 6-18-bk-05208_Docket_000063_BNC_Certificate_of_Mailing_-_Order, # 80 6-18-bk-05208_Docket_000064_ParT_1_Corrective_Motion_to_Determine_Secured_StatusValue_of_Wells_Fargo_and_to_Strip, # 81 6-18-bk-05208_Docket_000064_ParT_2_Judgment, # 82 6-18-bk-05208_Docket_000064_ParT_3_Lease_Agreement, # 83 6-18-bk-05208_Docket_000064_ParT_4_Market_Analysis_part_1, # 84 6-18-bk-05208_Docket_000064_ParT_5_Market_Analysis_Part_2, # 85 6-18-bk-05208_Docket_000065_Notice_of_Filing_Appraisal_Report_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_I, # 86 6-18-bk-05208_Docket_000066_Response_to_Verified_Motion_to_AvoidStrip_Down_Mortgage_Lien_to_the_Extent_the, # 87 6-18-bk-05208_Docket_000067_Objection_to_Confirmation_of_Plan_Filed_by_Keith_Scott_Labell_on_behalf_of_Credi, # 88 6-18-bk-05208_Docket_000068_Exhibit_List_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Ivan_Uribe, # 89 6-18-bk-05208_Docket_000069_Exhibit_1_Final_Judgment_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Ivan_Uribe, # 90 6-18-bk-05208_Docket_000070_Exhibit_2_Lease_Agreement_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Ivan_Urib, # 91 6-18-bk-05208_Docket_000071_Exhibit_3_Appraisal_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Ivan_Uribe, # 92 6-18-bk-05208_Docket_000072_Second_Amended_Chapter_13_Plan_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Ivan, # 93 6-18-bk-05208_Docket_000073_Order_Striking_Second_Amended_Chapter_13_Plan, # 94 6-18-bk-05208_Docket_000074_Third_Amended_Chapter_13_Plan_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Ivan, # 95 6-18-bk-05208_Docket_000075_Fourth_Amended_Chapter_13_Plan_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Ivan, # 96 6-18-bk-05208_Docket_000076_Hearing_Proceeding_Memo_Hearing_Held_-_APPEARANCES_Ana_De_Villiers, # 97 6-18-bk-05208_Docket_000077_BNC_Certificate_of_Mailing_-_Order, # 98 6-18-bk-05208_Docket_000078_Order_Denying_Motion_For_Relief_From_Stay, # 99 6-18-bk-05208_Docket_000079_Certificate_of_Service_Re_Order_Denying_Motion_For_Relief_From_Stay_Filed_by_A, # 100 6-18-bk-05208_Docket_000080_ParT_1_Motion_for_Relief_from_Stay_Filing_Fee_Not_Required_Re_1020_Mount_Vernon_Stree, # 101 6-18-bk-05208_Docket_000080_ParT_2_Exhibit_Verified_Complaint, # 102 6-18-bk-05208_Docket_000081_Order_Abating_Motion_For_Relief_From_Stay_of_Interested_Party_Ivelisse_Francesch, # 103 6-18-bk-05208_Docket_000082_BNC_Certificate_of_Mailing_-_Order, # 104 6-18-bk-05208_Docket_000083_First_Amended_Motion_for_Relief_from_Stay, # 105 6-18-bk-05208_Docket_000084_Order_Abating_Amended_Motion_For_Relief_From_Stay_of_Interested_Party_Ivelisse_F, # 106 6-18-bk-05208_Docket_000085_BNC_Certificate_of_Mailing_-_Order, # 107 6-18-bk-05208_Docket_000086_Second_Amended_Motion_for_Relief_from_Stay, # 108 6-18-bk-05208_Docket_000087_Response_to_and_Objection_to_Motion_for_Relief_from_the_Automatic_Stay_and_Reque, # 109 6-18-bk-05208_Docket_000089_Notice_and_Order_Scheduling_Preliminary_Hearing_on_Motion_for_Relief_from_the_St, # 110 6-18-bk-05208_Docket_000091_Objection_to_Claim, # 111 6-18-bk-05208_Docket_000092_Motion_to_Dismiss_Case_for_Failure_to_Maintain_Timely_Plan_Payments_Debtor_has, # 112 6-18-bk-05208_Docket_000093_Notice_of_Hearing_on_Objection_to_Claim, # 113 6-18-bk-05208_Docket_000094_Verified_Response_to_and_Objection_to_Trustees_Motion_to_Dismiss_Case_and_Reque, # 114 6-18-bk-05208_Docket_000095_Hearing_Proceeding_Memo_Hearing_Held_-_APPEARANCES_Ana_De_Villiers, # 115 6-18-bk-05208_Docket_000096_Withdrawal_of_Motion_to_Dismiss_Debtor_is_current_in_plan_payments_through_July, # 116 6-18-bk-05208_Docket_000097_Order_Sustaining_Objection_to_Claim, # 117 6-18-bk-05208_Docket_000098_Agreed_Order_Granting_Motion_to_Determine_Secured_Status, # 118 6-18-bk-05208_Docket_000099_Certificate_of_Service_Re_Agreed_Order_on_Debtors_Motion_to_Determine_Secured, # 119 6-18-bk-

05208_Docket_000100_Corrective_Certificate_of_Service_Re_Agreed_Order_on_Debtors_Motion_to_Determi, # [120](#) 6-18-bk-
05208_Docket_000101_Certificate_of_Service_Re_Order_Sustaining_Debtors_Objection_to_Claim_No_4-1, # [121](#) 6-18-bk-
05208_Docket_000102_Order_Confirming_Chapter_13_Plan_Service_Instructions_Laurie_Weatherford_is_di, # [122](#) 6-18-bk-
05208_Docket_000103_Amended_Certificate_of_Service_Re_Agreed_Order_on_Debtors_Motion_to_Determine, # [123](#) 6-18-bk-
05208_Docket_000104_Amended_Certificate_of_Service_Re_Order_Sustaining_Debtors_Objection_to_Claim, # [124](#) 6-18-bk-
05208_Docket_000105_Proof_of_Service_of_ORDER_CONFIRMING_PLAN_Filed_by_Trustee_Laurie_K_Weatherford, # [125](#) 6-18-bk-05208_Docket_000106_Motion_to_Dismiss_Case_Contains_negative_notice_For_failure_to_provide_copies_o, # [126](#) 6-18-bk-
05208_Docket_000107_Withdrawal_of_Motion_to_Dismiss_for_failure_to_provide_copies_of_2018_income_tax, # [127](#) 6-18-bk-
05208_Docket_000108_Motion_to_Dismiss_Case_for_Failure_to_Maintain_Timely_Plan_Payments_Debtor_has, # [128](#) 6-18-bk-
05208_Docket_000109_ParT_1_Motion_to_Abate_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Ivan_Uribe, # [129](#) 6-18-bk-
05208_Docket_000109_ParT_2_Exhibit_Exhibit_A, # [130](#) 6-18-bk-05208_Docket_000109_ParT_3_Exhibit_Exhibit_B, # [131](#) 6-18-bk-
05208_Docket_000109_ParT_4_Affidavit_Exhibit_C, # [132](#) 6-18-bk-
05208_Docket_000110_Notice_of_Hearing_on_Motion_to_Abate_Filed_by_Rafael_F_Garcia_on_behalf_of_Debto, # [133](#) 6-18-bk-
05208_Docket_000111_Order_Denying_Motion_To_Abate, # [134](#) 6-18-bk-
05208_Docket_000112_Hearing_Proceeding_Memo_Hearing_Held_-_APPEARANCES_Ana_DeVilliers_Trustee_RUL, # [135](#) 6-18-bk-
05208_Docket_000113_Proof_of_Service_of_Order_Denying_Motion_to_Abate_Filed_by_Rafael_F_Garcia_on_b, # [136](#) 6-18-bk-
05208_Docket_000114_Motion_to_Modify_Confirmed_Plan_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Iva, # [137](#) 6-18-bk-
05208_Docket_000115_Notice_of_Hearing_on_Motion_to_Modify_Confirmed_Plan_Filed_by_Rafael_F_Garcia_on, # [138](#) 6-18-bk-
05208_Docket_000116_Objection_to_Motion_to_Modify_Plan_Confirmation_Order_with_Supporting_Affidavit, # [139](#) 6-18-bk-
05208_Docket_000117_Hearing_Proceeding_Memo_Hearing_Held_-_APPEARANCES_Ana_DeVillers_Chapter_13_T, # [140](#) 6-18-bk-
05208_Docket_000118_Order_Granting_Motion_To_Modify_Confirmed_Plan, # [141](#) 6-18-bk-
05208_Docket_000119_Proof_of_Service_of_ORDER_GRANTING_DEBTOR27S_MOTION_TO_MODIFY_CONFIRMED_PLAN_F, # [142](#) 6-18-bk-05208_Docket_000120_Notice_of_Withdrawal_of_Motion_to_Dismiss_for_Failure_to_Maintain_Timely_Plan_Pa, # [143](#) 6-18-bk-05208_Docket_000121_Motion_to_Dismiss_Case_Contains_negative_notice_For_failure_to_provide_copies_o, # [144](#) 6-18-bk-
05208_Docket_000122_Motion_to_Dismiss_Case_for_Failure_to_Maintain_Timely_Plan_Payments_Debtor_has, # [145](#) 6-18-bk-
05208_Docket_000123_Notice_of_Withdrawal_of_Motion_to_Dismiss_for_failure_to_provide_copies_of_2019, # [146](#) 6-18-bk-
05208_Docket_000124_Notice_of_Withdrawal_of_Motion_to_Dismiss_for_Failure_to_Maintain_Timely_Plan_Pa, # [147](#) 6-18-bk-
05208_Docket_000125_ParT_1_Notice_of_TransferAssignment_of_Claim_Filed_by_Creditor_Jefferson_Capital_Syst, # [148](#) 6-18-bk-
05208_Docket_000125_ParT_2_trc, # [149](#) 6-18-bk-
05208_Docket_000126_Notice_to_Transferor_of_Filing_of_Transfer_of_Claim_with_BNC_Certificate_of_Mail, # [150](#) 6-18-bk-
05208_Docket_000127_Motion_to_Dismiss_Case_for_Failure_to_Maintain_Timely_Plan_Payments_Debtor_has, # [151](#) 6-18-bk-
05208_Docket_000128_Motion_to_Modify_Confirmed_Plan_Filed_by_Rafael_F_Garcia_on_behalf_of_Debtor_Iva, # [152](#) 6-18-bk-
05208_Docket_000129_Objection_to_Motion_to_Modify_Plan_Confirmation_Order_with_Support_Affidavit_Fil, # [153](#) 6-18-bk-
05208_Docket_000130_Notice_of_Hearing_on_Motion_to_Modify_Confirmed_Plan_Filed_by_Rafael_F_Garcia_on, # [154](#) 6-18-bk-
05208_Docket_000131_Objection_to_Confirmation_of_Motion_to_Modify_Confirmed_Plan_Filed_by_Keith_Scot, # [155](#) 6-18-bk-
05208_Docket_000132_Hearing_Proceeding_Memo_Hearing_Held_-_APPEARANCES_Ana_DeVilliers_Trustee_Ra, # [156](#) 6-18-bk-
05208_Docket_000133_ParT_1_DOCUMENT_NOT_PROCESSED, # [157](#) 6-18-bk-05208_Docket_000133_ParT_2_Exhibit_A, # [158](#) 6-18-bk-05208_Docket_000134_Notice_of_Withdrawal_of_Motion_to_Dismiss_for_Failure_to_Maintain_Timely_Plan_Pa, # [159](#) 6-18-bk-05208_Docket_000135_Hearing_Proceeding_Memo_Hearing_Held_-_APPEARANCES_Ana_DeVilliers_Trustee_Ra, # [160](#) 6-18-bk-05208_Docket_000136_ParT_1_Amended_Objection_to_Confirmation_of_Debtors_Modified_Chapter_13_Plan_Filed_by, # [161](#) 6-18-bk-05208_Docket_000136_ParT_2_Exhibit_A, # [162](#) 6-18-bk-
05208_Docket_000137_Financial_Management_Course_Certificate_For_Debtor, # [163](#) 6-18-bk-
05208_Docket_000138_Order_Granting_Motion_To_Modify_Confirmed_Plan, # [164](#) 6-18-bk-
05208_Docket_000139_Motion_to_Dismiss_Case_Contains_negative_notice_for_Debtors_Failure_to_Provide, # [165](#) 6-18-bk-
05208_Docket_000140_Proof_of_Service_of_ORDER_GRANTING_DEBTORS_MOTION_TO_MODIFY_CONFIRMED_PLAN_Fil, # [166](#) 6-18-bk-05208_Docket_000141_Notice_of_Withdrawal_of_Motion_to_Dismiss_for_failure_to_provide_copies_of_2020, # [167](#) 6-18-bk-05208_Docket_000142_Order_Establishing_Procedures_for_Video_Hearings_and_Registration_Link_to_Appear, # [168](#) 6-18-bk-
05208_Docket_000143_BNC_Certificate_of_Mailing_-_PDF_Document, # [169](#) 6-18-bk-
05208_Docket_000144_Notice_of_Withdrawal_of_Motion_to_Dismiss_Case_for_Failure_to_Maintain_Timely_Pl, # [170](#) 6-18-bk-
05208_Docket_000145_Motion_to_Dismiss_Case_for_Failure_to_Maintain_Timely_Plan_Payments_Debtor_has, # [171](#) 6-18-bk-
05208_Docket_000146_Hearing_Proceeding_Memo_Hearing_Held_-_APPEARANCES_Ana_DeVilliers_Trustee_Ra, # [172](#) 6-18-bk-
05208_Docket_000147_Order_Dismissing_Case__This_Order_is_Effective_on_the_15th_Day_Following_Date_o, # [173](#) 6-18-bk-
05208_Docket_000148_Proof_of_Service_of_ORDER_DISMISSING_CASE_Filed_by_Trustee_Laurie_K_Weatherford, # [174](#) 6-18-bk-
05208_Docket_000149_Motion_for_Reconsideration_of_Dismissal_Filed_by_Debtor_Ivan_Uribe, # [175](#) 6-18-bk-
05208_Docket_000150_Motion_for_Leave_to_Withdraw_as_Counsel_Filed_by_Rafael_F_Garcia_on_behalf_of_De, # [176](#) 6-18-bk-
05208_Docket_000152_Notice_of_Preliminary_Hearing_on_Motion_for_Reconsideration_of_Dismissal, # [177](#) 6-18-bk-
05208_Docket_000154_Order_Denying_Motion_for_Leave_To_Withdraw_as_Counsel, # [178](#) 6-18-bk-
05208_Docket_000155_Amended_Motion_for_Leave_to_Withdraw_as_Counsel_Filed_by_Rafael_F_Garcia_on_beha, # [179](#) 6-18-bk-
05208_Docket_000156_BNC_Certificate_of_Mailing_-_Notice_of_Hearing, # [180](#) 6-18-bk-
05208_Docket_000157_BNC_Certificate_of_Mailing_-_Order, # [181](#) 6-18-bk-
05208_Docket_000158_Order_Suspending_Attorney_Rasheed_Karim_Allen-Dawson_from_Practicing_Before_the, # [182](#) 6-18-bk-
05208_Docket_000159_BNC_Certificate_of_Mailing_-_PDF_Document, # [183](#) 6-18-bk-
05208_Docket_000160_Order_Establishing_Procedures_for_Video_Hearings_and_Registration_Link_to_Appear, # [184](#) 6-18-bk-
05208_Docket_000161_BNC_Certificate_of_Mailing_-_PDF_Document, # [185](#) 6-18-bk-
05208_Docket_000162_Notice_of_Hearing_on_Motion_to_Withdraw_as_Counsel_Filed_by_Rafael_F_Garcia_on_b, # [186](#) 6-18-bk-
05208_Docket_000163_Order_Denying_Motion_for_Reconsideration, # [187](#) 6-18-bk-
05208_Docket_000164_Hearing_Proceeding_Memo_Hearing_Held_-_Heard_by_The_Honorable_Karen_S_Jennem, # [188](#) 6-18-bk-
05208_Docket_000165_Order_Granting_Amended_Motion_for_Leave_To_Withdraw_as_Counsel, # [189](#) 6-18-bk-
05208_Docket_000168_Order_Denying_Motion_for_Reconsideration, # [190](#) 6-18-bk-
05208_Docket_000169_Order_Granting_Motion_for_Leave_To_Withdraw_as_Counsel_for_the_Debtor, # [191](#) 6-18-bk-
05208_Docket_000170_BNC_Certificate_of_Mailing_-_PDF_Document, # [192](#) 6-18-bk-
05208_Docket_000171_BNC_Certificate_of_Mailing, # [193](#) 6-18-bk-
05208_Docket_000172_Notice_of_Appeal_Filing_Fee_Not_Paid_or_Not_Required_Filed_by_Debtor_Ivan_Urib, # [194](#) 6-18-bk-
05208_Docket_000173_Statement_of_Election_Filed_by_Debtor_Ivan_Uribe, # [195](#) 6-18-bk-
05208_Docket_000174_Statement_of_Issues_on_Appeal_Filed_by_Debtor_Ivan_Uribe, # [196](#) 6-18-bk-
05208_Docket_000175_Request_for_the_Transcript_Filed_by_Debtor_Ivan_Uribe, # [197](#) 6-18-bk-

| | | |
|---|---|---|
| | | 05208_Docket_000176_Appellant_Designation_of_Contents_for_Inclusion_in_Record_on_Appeal_Filed_by_Deb, # 198 6-18-bk-05208_Docket_000177_Certificate_of_Mailing_via_Bankruptcy_Noticing_Center_re_Notice_of_Appeal, # 199 6-18-bk-05208_Docket_000178_Notice_to_Appellant_of_Responsibilities, # 200 6-18-bk-05208_Docket_000179_Order_Directing_Immediate_Payment_of_Filing_Fee, # 201 6-18-bk-05208_Docket_000180_BNC_Certificate_of_Mailing_-_Notice_to_Creditors_and_Parties_in_Interest, # 202 6-18-bk-05208_Docket_000181_BNC_Certificate_of_Mailing_-_Order, # 203 6-18-bk-05208_Docket_000182_BNC_Certificate_of_Mailing_-_PDF_Document, # 204 6-18-bk-05208_Docket_000183_Amended_Notice_of_Appeal_Filing_Fee_Not_Paid_or_Not_Required_Filed_by_Debtor_I, # 205 6-18-bk-05208_Docket_000184_Certificate_of_Mailing_via_Bankruptcy_Noticing_Center_re_Amended_Notice_of_Appe, # 206 6-18-bk-05208_Docket_000185_Notice_to_Appellant_of_Responsibilities, # 207 6-18-bk-05208_Docket_000186_BNC_Certificate_of_Mailing_-_Notice_to_Creditors_and_Parties_in_Interest, # 208 6-18-bk-05208_Docket_000187_BNC_Certificate_of_Mailing_-_PDF_Document, # 209 6-18-bk-05208_Docket_000188_Transmittal_of_Notice_of_Appeal_to_District_Court_Case_No_621-cv-1976-PGB, # 210 6-18-bk-05208_Docket_000189_BNC_Certificate_of_Mailing_-_PDF_Document, # 211 6-18-bk-05208_Docket_000190_Chapter_13_Trustees_Final_Report_and_Account)(Miguenes, Guillermo) (Entered: 12/08/2021) |
| 12/09/2021 | 6 | NOTICE of docketing bankruptcy record on appeal advising counsel to comply with Rule 8018. Notice of appeal filed in U.S. District Court on 11/23/2021. (RDO) (Entered: 12/09/2021) |
| 12/10/2021 | 7 | ENDORSED ORDER granting 3 Unopposed Motion for Extension of Time to File. The Court grants Appellant a 30 days extension--for a total of 60 days--to file his initial brief. Thus, the Appellant must file his initial brief on or before Monday, February 7, 2022. Signed by Judge Paul G. Byron on 12/10/2021. (CPH) (Entered: 12/10/2021) |
| 12/22/2021 | 8 | ORDER DIRECTING COMPLIANCE. Appellant has failed to comply with the Court's Order 2. Appellant shall file a response to said Order within fourteen (14) days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice. Signed by Judge Paul G. Byron on 12/22/2021. (GNB) ctp (Entered: 12/22/2021) |
| 01/12/2022 | 9 | NOTICE of a related action per Local Rule 1.07(c) by Ivan Uribe. Related case(s): Yes (TNP) (Entered: 01/13/2022) |
| 02/08/2022 | 10 | MOTION for Miscellaneous Relief, specifically to Supplement Record on Appeal by Ivan Uribe. (RDO) (Entered: 02/08/2022) |
| 02/08/2022 | 11 | CERTIFICATE of interested persons and corporate disclosure statement re 2 Order by Ivan Uribe. (RDO) (Entered: 02/08/2022) |
| 02/09/2022 | 12 | ORDER denying without prejudice 10 Motion for Leave to Supplement Record on Appeal, which the Court construes as a Second Motion for Extension of Time to File Initial Brief. Within five (5) days of this Order, Appellant may resubmit a Motion for an Extension of Time. Failure to do so shall result in dismissal of the appeal without further notice. The Amended Motion for an Extension of Time shall include the written order to the reporter for the transcript. If the transcript was not ordered within the time frame established in Federal Rule of Bankruptcy Procedure 8009(a)(1), Appellant shall explain why he failed to comply with the Rule. Appellant shall also address why the transcript is required to prosecute the appeal, when the transcript will be finalized, and when the Initial Brief will be completed. Signed by Judge Paul G. Byron on 2/9/2022. (CPH) (Entered: 02/09/2022) |
| 02/14/2022 | 13 | MOTION for Miscellaneous Relief, specifically for Leave to Supplement Record on Appeal by Ivan Uribe. (RDO) (Entered: 02/14/2022) |
| 02/16/2022 | 14 | ORDER denying 13 Motion to for Leave to Supplement the Record on Appeal. The instant appeal is hereby DISMISSED. The Clerk of Court is DIRECTED to close the file. Signed by Judge Paul G. Byron on 2/16/2022. (CPH) (Entered: 02/16/2022) |
| 03/16/2022 | 15 | MOTION for Reconsideration re 14 Order on Motion for Miscellaneous Relief by Ivan Uribe. (Attachments: # 1 Exhibit)(RDO) (Entered: 03/17/2022) |
| 03/18/2022 | 16 | AMENDED MOTION for Reconsideration re 14 Order on Motion for Miscellaneous Relief by Ivan Uribe. (Attachments: # 1 Composite Exhibit)(RDO) (Entered: 03/21/2022) |
| 03/30/2022 | 17 | ORDER denying 16 Amended Motion for Reconsideration / Clarification. Signed by Judge Paul G. Byron on 3/30/2022. (CPH) (Entered: 03/30/2022) |
| 03/30/2022 | 18 | ENDORSED ORDER denying as moot 15 Motion for Reconsideration / Clarification. Signed by Judge Paul G. Byron on 3/30/2022. (CPH) (Entered: 03/30/2022) |
| 04/29/2022 | 19 | NOTICE OF APPEAL as to 17 Order on Motion for Reconsideration and 14 Order on Motion for Miscellaneous Relief by Ivan Uribe. Filing fee not paid. (Attachments: # 1 Attachments)(RDO) (Entered: 05/03/2022) |